# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PERRY PROCTOR,

    Plaintiff,    :  Case No. 3:03-cv-176

 - vs -         :  District Judge Walter Herbert Rice
                Magistrate Judge Michael R. Merz
COMMISSIONER OF SOCIAL :
SECURITY,
              :
    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

    Accordingly, Plaintiff's motion for the award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 is DENIED.

December
~~November~~ 1 , 2008

                        /s/ Walter Herbert Rice
                        Walter Herbert Rice
                        United States District Judge